NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLORA S. LEYGA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7166

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-3290, Judge Donald L. Ivers.

---

## ORDER

Upon review of this recently docketed appeal, it appears that Flora S. Leyga's appeal was not timely filed.

On May 4, 2012, the United States Court of Appeals for Veterans Claims entered judgment in Leyga's case. The court received Leyga's notice of appeal on August 13, 2012, 101 days after the date of judgment.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment. *See* 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

FLORA LEYGA v. SHINSEKI                                          2

Accordingly,

IT IS ORDERED THAT:

(1) Leyga is directed to show cause, within 30 days of the date of filing of this order why this appeal should not be dismissed as untimely. The Secretary of Veterans Affairs may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

SEP 25 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Flora S. Leyga
    David S. Silverbrand, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 25 2012

JAN HORBALY
CLERK